1  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
2  L. Timothy Fisher (State Bar No. 191626)
   Annick M. Persinger (State Bar No. 272996)
3  Yeremey Krivoshey (State Bar No. 295032)
   1990 North California Boulevard, Suite 940
4  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
5  Facsimile:  (925) 407-2700
   E-Mail: scott@bursor.com
6          ltfisher@bursor.com
           apersinger@bursor.com
7          ykrivoshey@bursor.com

8  *Attorneys for Plaintiff*

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LINDA ARVISO, individually and on behalf of     Case No. 3:15-cv-04087-TEH
    all others similarly situated,
14                                                  **STIPULATION AND [PROPOSED]
                            Plaintiff,              ORDER TO EXTEND BRIEFING
15                                                  DEADLINES REGARDING
        v.                                          DEFENDANT SMARTPAY
16                                                  LEASING, INC.'S MOTION TO
    SMARTPAY LEASING, INC.,                         COMPEL ARBITRATION AND
17                                                  STAY CASE**
                            Defendant.
18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES REGARDING
   DEFENDANT SMARTPAY LEASING INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE
   CASE NO. 3:15-cv-04087-TEH

Plaintiff Linda Arviso ("Plaintiff") and Defendant Smartpay Leasing, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Amended Complaint which is the subject of this action was filed on October 27, 2015 (ECF No. 10);

WHEREAS, on December 17, 2015, Defendant noticed a Subpoena to Produce Documents, Information, or Objects or the Permit Inspection of Premises in a Civil Action on Agua Water Plus concerning information related to Plaintiff;

WHEREAS, on December 22, 2015, the Court ordered that Defendant's answer/response to the Amended Complaint is due by December 28, 2015, that Plaintiff's Opposition is due by January 29, 2016, that Defendant's Reply is due by February 10, 2016, and set a Motion Hearing for February 29, 2016 at 10:00 a.m. (ECF No. 19);

WHEREAS, Defendant filed an Answer to Plaintiff's Amended Complaint on December 28, 2015 (ECF No. 21);

WHEREAS, Defendant filed a Motion to Compel Arbitration and to Stay Case on December 28, 2015 (ECF No. 25) and filed a Declaration of Alan Crystal in Support of Motion to Compel Arbitration and to Stay Case on December 29, 2015 (ECF No. 26);

WHEREAS, on December 30, 2015, Plaintiff served Defendant via email with a Notice of Deposition of Alan Crystal, scheduled for January 15, 2016;

WHEREAS, on January 5, 2016, Plaintiff served Defendant via email with Plaintiff's First Set of Requests for Production of Documents and Plaintiff's First Set of Interrogatories;

WHEREAS, on January 14, 2016, Defendant notified Plaintiff that Defendant will not be responding to Plaintiff's January 5, 2016 discovery requests and will not be producing Alan Crystal for his noticed deposition due to Defendant's intention of bringing a motion to stay discovery;

WHEREAS, on January 19, 2016, Defendant filed a Motion to Stay Discovery (ECF No. 30);

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT SMARTPAY LEASING INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE
CASE NO. 3:15-cv-04087-TEH

1

1  WHEREAS, Plaintiff's Opposition to Defendant's Motion to Stay Discovery is due by February 2, 2016, Defendant's Reply is due by February 9, 2016, and the Motion Hearing is set for February 29, 2016 at 10:00 a.m.;

WHEREAS, Plaintiff asserts that discovery is vital for Plaintiff to adequately respond to Defendant's Motion to Compel Arbitration and to Stay Case and that Plaintiff would be prejudiced by having to oppose Defendant's Motion to Compel Arbitration and to Stay Case without the benefit of discovery and before the Court rules on Defendant's pending Motion to Stay Discovery.

NOW THEREFORE, the Parties hereby stipulate and request that Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and to Stay Case, Defendant's Reply in support of its motion, and the hearing regarding Defendant's motion be taken off calendar until such time as the Court rules on Defendant's pending Motion to Stay Discovery.

Dated: January 22, 2016           **BURSOR & FISHER, P.A**

                                  By:  */s/ Yeremey Krivoshey*

                                      Scott A. Bursor
                                      L. Timothy Fisher
                                      Annick M. Persinger
                                      Yeremey Krivoshey

                                  *Attorneys for Plaintiff*


Dated: January 26, 2016           **BERMAN & RABIN, P.A.**

                                  By:  */s/ Benjamin N. Hutnick*

                                      Benjamin N. Hutnick

                                  *Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT SMARTPAY LEASING INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE
CASE NO. 3:15-cv-04087-TEH

2

**ATTESTATION AND CERTIFICATE OF SERVICE**

I, Yeremey Krivoshey, am the ECF user whose identification and password are being used to file the Stipulation to Extend Briefing Deadlines Regarding Defendant Smartpay Leasing, Inc.'s Motion to Compel Arbitration and Stay Case. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear herein provided their authority and concurrence to file the stipulation.

Dated: January 26, 2016            **BURSOR & FISHER, P.A**

By:   */s/ Yeremey Krivoshey*

PURSUANT TO STIPULATION, IT IS SO ORDERED



01/28/2016

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT SMARTPAY LEASING INC.'S MOTION TO COMPEL ARBITRATION AND STAY CASE
CASE NO. 3:15-cv-04087-TEH

3