**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LINDA ARVISO, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br><br>   v.<br><br>SMARTPAY LEASING, INC.,<br><br>                                Defendant. | Case No. 3:15-cv-04087-TEH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

IT IS SO ORDERED
Judge Thelton E. Henderson

Plaintiff Linda Arviso ("Plaintiff") and Defendant Smartpay Leasing, Inc. ("Defendant"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendant with prejudice.

**IT IS SO STIPULATED.**

Dated:  August 30, 2016                                  Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Yeremey Krivoshey*

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
            ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated:  August 30, 2016                                  **BERMAN & RABIN P.A.**

By:     */s/ Benjamin N. Hutnick*

Benjamin Hutnick (*pro hac vice*)
15280 Metcalf Avenue
Overland Park, KS 66223
Telephone: (913) 649-1555
Facsimile: (913) 652-9474
E-Mail: bhutnick@bermanrabin.com

*Attorneys for Defendant*